[Civ. No. 1335.  Third Appellate District.—May 5, 1915.]

## O. F. WESTPHAL, Appellant, v. H. C. FINKLER et al., Respondents.

WATER-RIGHTS—ACTION TO DETERMINE.—In this action to determine certain water-rights, the judgment is affirmed upon the authority of the decision in *Robertson* v. *Finkler*, *ante*, p. 322.

APPEAL from a judgment of the Superior Court of San Mateo County.  George H. Buck, Judge.

The facts are stated in the opinion of the court.

Carroll Cook, and William Hoff Cook, for Appellant.

Ross & Ross, for Respondents.

CHIPMAN, P. J.—By stipulation this case was heard and decided in the lower court upon the evidence submitted in *Robertson* v. *Finkler*.  The questions involved in *Robertson* v. *Finkler* (Civ. No. 1334), *ante*, p. 322, [149 Pac. 784] this day decided, are identical with the questions raised in this case and our decision in that case is determinative of this case. Westphal's interest in Rock Spring was one-sixth and is not disputed.  He claimed, however, as did Robertson, that the water developed above the spring was part of the water of the spring.  He failed, as did Robertson, in establishing his contention.

Upon the authority of the decision in *Robertson* v. *Finkler*, the judgment is affirmed.

Hart, J., and Burnett, J., concurred.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on July 2, 1915.